### BALCH v. PICKARD, Sheriff, et al.

No. 9112—Opinion Filed March 4, 1919.

(179 Pac. 101.)

Error from District Court, Cleveland County; F. B. Swank, Judge.

Proceeding between A. B. Balch and Claude Pickard, Sheriff of Cleveland County, and another. Judgment for the latter, and the former brings error. Dismissed.

PER CURIAM. The cause was submitted in its regular order on June 11, 1918, and plaintiff in error given 20 days from that date to file briefs. On July 30, 1918, an order was entered giving plaintiff in error 20 days from that date in which to file briefs. No briefs having been filed, and no extension of time requested, the cause is dismissed for want of prosecution.